### UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HAYES, individual and on behalf of all others similarly situated, | : Civil Action No.: _____ <br> : <br> : |
| Plaintiff | : <br> : |
| v. | : <br> : |
| COLLECTO, INC. d/b/a EOS CCA, | : <br> : |
| Defendant. | : |

### DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA:

Defendant Collecto, Inc. d/b/a EOS CCA ("EOS"), pursuant to 28 U.S.C. §1446(a), hereby gives notice that it is removing this action to the United States District Court for the Western District of Pennsylvania, and as grounds therefore state as follows:

1. On February 7, 2020, Plaintiff Eric Hayes ("Plaintiff") filed a Complaint against EOS in the Allegheny County Court of Common Pleas, Pennsylvania, Case No. GD 20-2138 ("Complaint"). A true and correct copy of the Complaint is attached as hereto as **Exhibit A**.

2. EOS was served with the Complaint on March 2, 2020. Accordingly, EOS files this Notice of Removal within the 30-day period required by 28 U.S.C. § 1446(b).

3. Plaintiff alleges in his Complaint that EOS violated certain provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

4. Thus, removal to this Court is proper based on Federal Question Jurisdiction, 28 U.S.C. § 1331, as Plaintiff's claims arise under a federal statute.

5. All pleadings and other filings in the state court action are attached to this Notice

as required by 28 U.S.C. § 1446(a). The filings consist of the above-described Exhibit A.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a) because this district and division encompass Allegheny County, Pennsylvania, where the removed action was pending.

7. In accordance with 28 U.S.C. § 1446(d), EOS has provided written notice of the filing of this Notice of Removal to Plaintiff, and has filed a copy with the Prothonotary of the Court of Common Pleas of Allegheny County, Pennsylvania.

## CONCLUSION AND PRAYER

WHEREFORE, for the reasons contained herein, EOS respectfully prays this Court assume jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in the Court of Common Pleas of Allegheny County, Pennsylvania.

Dated: March 23, 2020

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Jessica G. Lucas*
Jessica G. Lucas, Esq., Pa. ID 311280
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
(412) 577-7400 (phone)
(412) 347-5461 (fax)
jlucas@grsm.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I, Jessica G. Lucas, Esq., do hereby certify that I served a true and correct copy of Defendant's Notice of Removal on this date via electronic mail upon all parties and counsel of record as follows:

Emily S. Gomez-Hayes, Esq.
Law Office of Emily Gomez, Esq.
2011 Noble Street, Suite 201
Pittsburgh, PA 15218
esg@egomezlaw.com
(Counsel for Plaintiff)

Date: March 23, 2020                  */s/ Jessica G. Lucas*
                                                           Jessica G. Lucas, Esq.