IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HAYES,<br><br>    *Plaintiff,*<br><br>v.<br><br>COLLECTO, INC.,<br><br>    *Defendant.* | Civil Action No. 2:20-cv-411<br><br>Hon. William S. Stickman IV<br>Hon. Maureen P. Kelly |

## **JUDGMENT ORDER**

AND NOW, this 10th day of August 2020, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendant Collecto, Inc. d/b/a EOS, CCA and against Plaintiff Eric Hayes. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE